# United States Court of Appeals
## For the First Circuit

---

No. 06-1697

CALDWELL TANKS, INC.,

Plaintiff, Appellee,

v.

HALEY & WARD, INC.,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on December 8, 2006 is amended as follows:

On page 2, line 5: Replace "the action against" with "against the action brought by"

On page 9, line 13: Replace "Cir.1989" with "Cir. 1989"

On page 16, line 23: Delete "Condition"